UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| POWERCOM SOLUTIONS, LLC ) | |
| ) | |
| v. ) | No. 3:11-1011 |
| ) | JUDGE SHARP |
| NATIONAL LIGHTNING PROTECTION ) | |
| CORPORATION, et al., ) | |
| ) | |

## O R D E R

Pending before the Court is Defendants National Lightning Protection Corporation and Robert Rapp's Unopposed Motion to Reschedule Trial (Docket Entry No. 25).

The Motion is hereby GRANTED. The jury trial scheduled for April 9, 2013 is hereby continued to June 11, 2013 and the final pretrial conference scheduled for March 18, 2013 is continued to May 13, 2013 at 3:30 p.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE